No. 01–336.  SERVANTES *v.* RENNE.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 01–764.  PATRICK *v.* UNUM LIFE INSURANCE COMPANY OF AMERICA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 01–863.  FIN CONTROL SYSTEMS PTY., LTD. *v.* SURFCO HAWAII.  C. A. Fed. Cir.  Certiorari denied.

No. 01–873.  BOWEN, WARDEN *v.* RICE.  C. A. 7th Cir.  Certiorari denied.

No. 01–1372.  MINNESOTA SENIOR FEDERATION, METROPOLITAN REGION, ET AL. *v.* UNITED STATES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 01–1384.  MICHIGAN PEAT *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 01–1392.  USA POLYMER CORP. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 5th Cir.  Certiorari denied.

No. 01–1404.  LILLY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–1417.  PRESUTTI *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR THE BANK OF HARTFORD.  C. A. 2d Cir.  Certiorari denied.

No. 01–1429.  AMALFITANO *v.* UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–1449.  ERVIN *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 01–1462.  LINNEEN ET UX. *v.* GILA RIVER INDIAN COMMUNITY.  C. A. 9th Cir.  Certiorari denied.